AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOZANO, RODOLFO | US DISTRICT COURT | 04/27/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5400 FEDERAL PLAZA <br> SUITE 4300 <br> HAMMOND, IN 46320 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | TRUST NO 2851 GOUGH SPANGLER BUILDING |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 15 P 2: 04
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{X}$  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | HONORARY MEMBERSHIP (JUDICIAL DUES, LIKE PRIVELEGES) | UNION LEAGUE CLUB OF CHICAGO | $ 1620 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | *3 TRANSAMERICA LIFE INS. CO. | INSURANCE LOANS | L |
| 2. | CHASE MASTER CARD | CREDIT CARD BALANCE | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EFRON II, LTD. PARTNERSHIP, REAL ESTATE | A | Rent | K | W | | | | | |
| 2. TRUST NO 2851 (REAL ESTATE PARTNERSHIP) | D | Rent | M | Q | | | | | |
| 3. AG EDWARDS | B | Interest | K | T | | | | | |
| 4. CHASE F/N/A BANK ONE | A | Interest | K | T | | | | | |
| 5. FIFTH THIRD BANK PASS BOOK SAVINGS | A | Interest | J | T | | | | | |
| 6. TRANSAMERICA INSURANCE CO WHOLE LIFE | C | Dividend | J | T | | | | | |
| 7. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Interest | J | T | | | | | |
| 8. TRANSAMERICA INSURANCE CO. UNIVERSAL LIFE | A | Interest | J | T | | | | | |
| 9. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Interest | J | T | | | | | |
| 10. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Interest | J | T | | | | | |
| 11. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 12. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 13. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 14. METROPOLITAN LIFE INSURANCE CO. | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V - Gifts - Line 1 - For the past 7 or 8 years, I have had a judicial membership with the Union League Club of Chicago. Ninety-nine percent of my use of the membership occurs for room and board while sitting by designation as a district judge in Northern District of Illinois. I pay $68 per month in dues. Regular dues for out of state guests is $227 per month. I have not made use of the Unions League facilities for approximately 5-6 years.

Part VII - Investment and Trusts - Line 1 - I have not and will not accept any cases with Mort Efron, who is the general partner of Efron II
Efron II, Limited partnership is a shopping center, Ypsilanti Michigan (valued at cost)

Part VII - Investment and Trusts - Line 2 - I have not participated in any management decisions in Gough Spangler Building Partnership, Trust No 2851 since prior to my taking the bench. I requested that I not be involved in any management decisions while on the bench and have been advised that a resolution was passed to this effect. I have not and will not accept any cases involving Spangler, Jennings & Dougherty, the building's major tennant. Value for the building is shown as my share only. In the past, the building's value was shown as total value. Value of building is shown as appraisal at the time the loan with Fifth Third was issued. Appraisal issued 7/17/98 to Pinnacle Bank (which later became Fifth Third).

I have not and will not accept any cases in which Spangler, Jennings & Dougherty is involved. Attorneys P. Jeffrey Schlesinger and Charles E. Steward Jr. have rented small office space in the Gough Spangler Building wherein I have an interest. Both of these attorneys have criminal cases in my court as CJA attorneys. I have made disclosure of this situation on all cases herein I am presiding judge with these attorneys participating. I have received waivers from counsel and the defendents on all of these cases. I have asked the government and these two attorneys to be sure to remind me to make a record so as to make sure a case does not fall through the cracks. I did not approach, negotiate, or encourage the renting of this office space. As mentioned before, I have nothing to do with the managment of this building.

In the past, I have erroneously listed a liability with Fifth Third Bank. This loan is held in the name of Spangler, Jennings & Dougherty and I have no personal liabilty.

Part VII - Investments and Trusts - Line 6 through 10 - Life insurance policies on myself and relatives with Transamerica Insurance Company as follows:
One univeral life policy with a net cash value of $2,040, with no outstanding loans; interest of $11.50;
One whole life policy with a surrender value of $6,242 and an outstanding loan on this policy for $69,833. Dividends of $3,715 applied to premiums;
One universal life policy with a net cash value of $1,976, with no outstanding loans, interest received applied to premium;
One universal life policy with a net cash value of $833, with no outstanding loans, interest received applied to premium;
One universal life policy with a net cash value of $906, with no outstanding loans, interest received applied to premium.

Part VII - Investments and Trusts - Line 11 through 13
Limited pay life insurance policies on myself and relatives with Prudential Insurance:
One limited pay policy with a cash value of $3,778, with no outstanding loans, dividends of $193 applied to premium;
One limited pay policy with a cash value of $1,920, with no outstanding loans, dividends of $83 applied to premium;
One limited pay policy with a cash value of $2,028, with no outstanding loans, dividends of $86 applied to premium.

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/27/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                    Date_____ 5/14/07

NOTE: ANY INDI...                    ... TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL ...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544